**In the Interest of M.Z., by her Next Friend, J.Z. (Father), and J.Z., Individually, Respondents**

v.

**J.L.C. (Mother), Appellant.**

**No. WD 66549.**

Missouri Court of Appeals, Western District.

Dec. 12, 2006.

Gregory J. Pals, David A. Brose, Co-Counsel, Kansas City, MO, for appellant.

Deborah G. Baron, Guardian ad Litem, Kansas City, MO, for respondent M.Z.

Bertica A. Dominguez, Kansas City, MO, for respondent J.Z.

Before HOWARD, C.J., BRECKENRIDGE and NEWTON, JJ.

### ORDER

PER CURIAM.

J.L.C. appeals the judgment of the juvenile court releasing M.Z., J.L.C.'s daughter, from the jurisdiction of the court. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).